IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FRANK WIATER and DELINA WIATER, Husband and Wife, | |
| Plaintiffs, | 8:11CV290 |
| vs. | MOTION AND STIPULATION FOR DISMISSAL |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

COME NOW the Plaintiffs and the Defendant and hereby move and stipulate that the above-captioned case be dismissed with prejudice, each party to bear their own costs, and complete record waived.

                                UNITED STATES OF AMERICA,
                                Defendant

                                By:    DEBORAH R. GILG
                                          United States Attorney
                                          District of Nebraska

                                And:   s/Robert L. Homan
                                          ROBERT L. HOMAN, #18580
                                          Assistant U.S. Attorney
                                          1620 Dodge Street, Suite 1400
                                          Omaha, NE  68102-1506
                                          Ph:  (402) 661-3700
                                          Fax:  (402) 661-3081
                                          Email:  robert.homan@usdoj.gov

FRANK WIATER and DELINA WIATER,
Husband and Wife, Plaintiffs


By:   s/ John F. Carroll
        JOHN F. CARROLL, #23811
        STEVE WATSON, #16075
        WATSON & CARROLL, P.C., L.L.O.
        160 Centre Place
        2809 South 160th St., Suite 409
        Omaha, NE 68103
        Ph: (402) 991-2100
        Fax: (402) 991-2110
        john@watsoncarroll.com
        steve@watsoncarrol.com

And:   Steven H. Howard
        Dowd Howard & Corrigan
        1411 Harney St., Suite 100
        Omaha, NE 68102
        Ph: (402) 341-1020
        steve@dowd-law.com


CERTIFICATE OF SERVICE

    I hereby certify that on December 6, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: John F. Carroll, Esq., Steven H. Howard, Esq., and Steven M. Watson, Esq., and also hereby certify that a copy of the same has been served by regular mail, postage prepaid, to the following non-CM/ECF participants: None.


        s/ Robert L. Homan
        Assistant U.S. Attorney